THE CITY OF BUFFALO, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Argued May 25, 1936; decided June 5, 1936.)

*Gregory U. Harmon, Corporation Counsel (Forbes F. Dougherty of counsel), for appellant.*

*Howard R. Sturtevant and Richard L. Wolf for respondent.*

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and FINCH, JJ. Taking no part: HUBBS and CROUCH, JJ.